DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada  89101
Ph: (702) 388-6336
Fax: (702) 388-6787

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MILLER MEDICAL GROUP, CHTD., )<br>)<br>Defendants. )<br>_____ ) | Case No. 2:09-cv-495-JCM-GWF |

**JOINT MOTION FOR EXTENSION OF TIME**

The parties, by their undersigned counsel, pursuant to Fed. R. Civ. P. 26(f) and L.R. 26-1(e), hereby request the Court to extend by 14 days the time for them to file the Joint Pretrial Order in this matter, to permit them to conclude a pending settlement.

The Court recently ordered the parties to file the Joint Pretrial Order by July 20, 2010. (Docket No. 20.) The parties have agreed in principle on a settlement amount and are obtaining signatures on a final written settlement agreement.

///

///

///

///

///

///

1   As a result, the parties request the Court to extend the deadline for filing the Joint Pretrial
2   Order in this matter to August 3, 2010.
3   APPROVED AS TO FORM AND CONTENT:
4                                       FOR PLAINTIFF:
5                                       DANIEL G. BOGDEN
                                        United States Attorney
6
    DATED: July 20, 2010                 /s/
7                                       ROGER W. WENTHE
                                        Assistant United States Attorney
8                                       333 Las Vegas Blvd. So., #5000
                                        Las Vegas, Nevada  89101
9                                           Attorneys for Plaintiff,
                                            UNITED STATES OF AMERICA
10
                                        FOR DEFENDANTS:
11
    DATED: July 20, 2010                 /s/
12                                      Stanley Hunterton, Esq.
                                        HUNTERTON & ASSOCIATES
13                                      333 South Sixth St.
                                        Las Vegas, NV 89101
14                                          Attorneys for Defendant,
                                            MILLER MEDICAL GROUP, CHTD.
15
    IT IS SO ORDERED.
16
            DATED:___July 21_____, 2010
17

18
                                        _____
19                                      GEORGE FOLEY, JR.
                                        United States Magistrate Judge
20

2