1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   ROGER W. WENTHE
3  Assistant United States Attorney
   Nevada Bar No. 8920
4  333 Las Vegas Blvd. So., #5000
   Las Vegas, Nevada  89101
5  Ph: (702) 388-6336
   Fax: (702) 388-6787
6
   Attorneys for the United States.
7
                    **UNITED STATES DISTRICT COURT**
8
                         **DISTRICT OF NEVADA**
9

10 UNITED STATES OF AMERICA,      )
                                  )
11              Plaintiff,        )
                                  )
12 v.                             )      Case No. 2:09-cv-495-JCM-GWF
                                  )
13 MILLER MEDICAL GROUP, CHTD.,   )
                                  )
14              Defendants.       )
   _____ )
15
                      **STIPULATION TO DISMISS**
16
        Plaintiff the United States and defendant Miller Medical Group, Chtd. (now named
17
   Emery Steckler Medical Institute, Chtd.), hereby agree and stipulate as follows:
18
        1.       Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims in this action by plaintiff
19
   against defendant Miller Medical Group, Chtd., shall be dismissed with prejudice, without any
20
   admission of liability or non-liability by either party, and with each party to bear its own
21
   attorney's fees and costs.
22 ///
23 ///
24 ///
25 ///
26 ///

APPROVED AS TO FORM AND CONTENT:

FOR PLAINTIFF:

DANIEL G. BOGDEN
United States Attorney

DATED: August 11, 2010                    /s/_____

ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada  89101
            Attorneys for Plaintiff,
            UNITED STATES OF AMERICA


FOR DEFENDANT:

DATED: August 11, 2010                    /s/_____

Niel Osei
Stanley Hunterton, Esq.
HUNTERTON & ASSOCIATES
333 South Sixth St.
Las Vegas, NV 89101
            Attorneys for Defendant,
            MILLER MEDICAL GROUP, CHTD. (now
            named Emery Steckler Medical Institute,
            Chtd.)

IT IS SO ORDERED.

DATED:___August 27_____, 2010

_____
UNITED STATES DISTRICT JUDGE